UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA RAE ANDERSON, | ) | Case No.: 3:22-cv-2 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | **NOTICE OF REMOVAL** |
| V. | ) | |
| | ) | |
| WALMART INC. | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

TO: THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA, EASTERN DIVISION; THE CLERK OF THE DISTRICT COURT, EAST CENTRAL JUDICIAL DISTRICT, COUNTY OF CASS; AND THE PLAINTIFF NAMED ABOVE AND HER ATTORNEY.

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Walmart Inc., removes this action from the District Court, East Central Judicial District, County of Cass, North Dakota, in which this action is now pending. This is a civil action of which the District Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed by Defendant pursuant to 28 U.S.C. § 1441(a) in that Defendant Walmart Inc., is a corporation organized under the laws of Arkansas with its principal place of business in Bentonville, Arkansas. The amount in controversy is stated in the Complaint; however, pursuant to 28 U.S.C. § 1446(c)(2)(A)(ii), the amount in controversy exceeds $50,000, exclusive of interest and costs.

Attached to this Notice of Removal is a copy of all processes and pleadings (Exhibit A) served upon Defendant in this action. This Notice of Removal is filed within 30 days of receipt by Defendant, through service or otherwise, of Plaintiff's Complaint. Therefore, this Court has jurisdiction to consider this notice pursuant to 28 U.S.C. § 1446, and by filing this Notice of Removal and by service of copies of the same upon counsel for Plaintiff and Clerk of the Court

for East Central Judicial District, County of Cass, North Dakota, this action is removed to the above-captioned United States District Court.

Dated: January 5, 2022.

                                         GUNDERSON, PALMER, NELSON
                                              &ASHMORE, LLP

By: _____
      Daniel E. Ashmore (ND No. 05580)
      *Attorney for Defendant Walmart Inc.*
      506 Sixth Street
      PO Box 8045
      Rapid City, SD  57709
      Phone: (605) 342-1078
      Fax:  (605) 342-0480
      E-mail:  dashmore@gpna.com